```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| RAYMOND LEONCE, | |
|     Petitioner, | No. C 10-0890 CRB (PR) |
|     v. | ORDER OF DISMISSAL |
| DARRYL ADAMS, Warden, | (Docket # 2) |
|     Respondent. | |

      This action for a writ of habeas corpus under 28 U.S.C. § 2254 was filed on March 2, 2010. The court notified petitioner in writing on that date that the action was deficient because he did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis ("IFP") application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Petitioner was advised that failure to file the requested items within 30 days would result in dismissal of the action.

      Nearly 60 days have elapsed; however, petitioner has not filed the requested items, or sought an extension of time to do so. Petitioner's incomplete IFP

application (docket # 2) is DENIED and the action is DISMISSED without prejudice to filing a new habeas action accompanied by the requisite $5.00 filing fee or a signed and completed IFP application.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  April 30, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.10\Leonce, R1.dsifp.wpd